**IN RE S.C.H.**

[363 N.C. 828 (2010)]

IN THE MATTER OF S.C.H., A MINOR CHILD

No. 433A09

(Filed 12 March 2010)

Appeal pursuant to N.C.G.S. § 7A-30(2) from the decision of a divided panel of the Court of Appeals, —— N.C. App. ——, 682 S.E.2d 469 (2009), affirming orders dated 31 December 2008 entered by Judge Thomas V. Aldridge, Jr. in District Court, Brunswick County. Heard in the Supreme Court 16 February 2010.

*Jess, Isenberg & Thompson, by Elva L. Jess, for petitioner-appellee Brunswick County Department of Social Services.*

*Pamela Newell Williams, GAL Appellate Counsel, for appellee Guardian ad Litem.*

*Mary McCullers Reece for respondent-appellant mother.*

*Geoffrey W. Hosford and Sofie W. Hosford for respondent-appellant father.*

PER CURIAM.

AFFIRMED.